USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__2/16/2021____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN FISCHLER, individually and on behalf of all other
persons similarly situated,

                        Plaintiff,

                -against-

RAMY BROOK, LLC,

                        Defendant.

1:20-cv-08709-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff filed the Complaint on October 19, 2020 [ECF No. 1]. Proof of service filed with the Court on October 28, 2020, reflects that Defendant was served with the Complaint on October 27, 2020 [ECF No. 5]. To date, Defendant has failed to answer or otherwise respond to the Complaint.

Accordingly, IT IS HEREBY ORDERED that any motion for entry of a default judgment is due on or before **March 18, 2021**. Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website.

**Plaintiff's failure to move for default judgment by that date may result in dismissal of the action for failure to prosecute.**

SO ORDERED.

Date:  February 16, 2021
       New York, NY

MARY KAY VYSKOCIL
United States District Judge